UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAYNE WHEELER, | ) | Case No. CV 09-1288-GW(MRW) |
|         Petitioner, | ) ) | |
|     vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF |
| K. HARRINGTON, | ) ) | UNITED STATES MAGISTRATE JUDGE |
|         Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: September 30, 2011                 _____
                                                               HON. GEORGE H. WU
                                                                UNITED STATES DISTRICT JUDGE