UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAYNE WHEELER, | ) | Case No. CV 09-1288 GW (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| K. HARRINGTON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE:  September 30, 2011           _____
                                                                   HON. GEORGE H. WU
                                                                   UNITED STATES DISTRICT JUDGE